IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEAN SCALES and ELIZABETH SCALES,<br><br>            Plaintiffs,<br><br>      v.<br><br>FIRST HORIZON HOME LOANS; IBM LENDER BUSINESS PROCESS SERVICES, INC.; METLIFE HOME LOANS; and DOES 1 through 50, inclusive,<br><br>            Defendants. | 2:11-cv-02505-GEB-GGH<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

Plaintiffs state in the Joint Status Report filed January 18, 2012, that "[a]ll parties except First Horizon Home Loans have been served and have appeared. Plaintiffs will complete service upon First Horizon Home Loans within the next thirty days." (ECF No. 20, 6:18-19.)

In light of Plaintiffs' service representation, Plaintiffs are granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant First Horizon Home Loans until and including February 17, 2012. Plaintiffs are notified under Rule 4(m) that failure to serve Defendant First Horizon Home Loans with process by February 17, 2012, may result in that defendant's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before February 18, 2012, Plaintiff shall file proof of service or a filing providing

1 | sufficient explanation why service was not completed within the extended
2 | service period.
3 |      Further, the Status (Pretrial Scheduling) Conference scheduled
4 | for hearing on January 30, 2012, is continued to March 26, 2012, at 9:00
5 | a.m. A further joint status report shall be filed no later than fourteen
6 | (14) days prior.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge