IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SCALES and ELIZABETH SCALES,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIRST HORIZON HOME LOANS; IBM LENDER BUSINESS PROCESS SERVICES, INC.; METLIFE HOME LOANS; and DOES 1 through 50, inclusive,<br><br>    Defendants. | 2:11-cv-02505-GEB-GGH<br><br>ORDER STRIKING PLAINTIFFS' AMENDMENT TO COMPLAINT |

Plaintiff filed an Amendment to Complaint Designating True Name of Doe 1 on November 8, 2011. (ECF No. 14.) This amendment is stricken since it was not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated:  January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1