IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SEAN SCALES and ELIZABETH SCALES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST HORIZON HOME LOANS; IBM LENDER BUSINESS PROCESS SERVICES, INC.; METLIFE HOME LOANS; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | 2:11-cv-02505-GEB-GGH<br><br>ORDER OF DISMISSAL |

　　　　In an Order filed January 20, 2012, Plaintiffs were granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant First Horizon Home Loans until and including February 17, 2012. (ECF No. 21.) In the January 20, 2012 Order, Plaintiffs were notified under Rule 4(m), that "failure to serve Defendant First Horizon Home Loans with process by February 17, 2012, may result in that defendant's dismissal for failure of service and/or prosecution." Id. To avoid dismissal, Plaintiffs were required to "file proof of service or a filing providing sufficient explanation why service was not completed within the extended service period" on or before February 18, 2012. Id.

1  　　　　Plaintiffs failed to respond to the January 20, 2012, Order by
2  this deadline. Therefore, Defendant First Home Loans is dismissed from
3  this action without prejudice.
4  　　　　IT IS SO ORDERED.
5  Dated:  March 8, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge