IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN SCALES and ELIZABETH SCALES, | ) ) ) | 2:11-cv-02505-GEB-GGH |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER VACATING ORDER OF DISMISSAL |
| FIRST HORIZON HOME LOANS; IBM LENDER BUSINESS PROCESS SERVICES, INC.; METLIFE HOME LOANS; and DOES 1 through 50, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

        The Court's Order of Dismissal filed on March 9, 2012 (ECF No. 32) was issued in error since review of the docket reflects that Plaintiff filed a Proof of Service for Defendant First Horizon Home Loans on February 17, 2012 (ECF No. 29). The Proof of Service was filed within the extended deadline to effectuate service on this defendant under Federal Rule of Civil Procedure 4(m). See ECF No. 21.

        For the stated reasons, the March 9, 2012 Order of Dismissal is VACATED.

Dated:  March 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28