JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
JANET S. MANRIQUE (SBN: 179489)
UNITED LAW CENTER
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Office: (916) 367-0630
Facsimile:   (916) 265-9000

Attorneys for Plaintiffs
SEAN SCALES and ELIZABETH SCALES

# THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN SCALES and ELIZABETH SCALES, <br><br> Plaintiff, <br><br> v. <br><br> FIRST HORIZON HOME LOANS; IBM LENDER BUSINESS PROCESS SERVICES, INC.; METLIFE HOME LOANS; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:11-cv-02505-GEB-GGH <br><br> **[PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

The Court, having reviewed the Stipulation to Continue the Status Conference, and good cause appearing, the Status Conference scheduled for March 26, 2012 is VACATED and rescheduled to May 24, 2012, at 9:00 a.m.   A joint status report shall be filed fourteen days prior to the hearing.

Defendants' answers or other responsive pleadings to plaintiffs' first amended complaint shall be filed on or before April 30, 2012.

The parties shall promptly notify the court of any settlement.

**IT IS SO ORDERED.**

3/14/12

_____
GARLAND E. BURRELL, JR.
United States District Judge